## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CRIMINAL ACTION NO. 3:10CR-43-R

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**vs.**

**JOHN BABB**                                                                    **DEFENDANT**

## MEMORANDUM OPINION AND ORDER

This Court has reconsidered Defendant's motion to produce (DN 22). During a telephonic hearing, Defendant explained that his expert was based out of South Carolina. Defendant's expert also has a laboratory and equipment located in South Carolina. Transporting all of the equipment to the United States Attorney's Office to conduct an examination would prohibitively increase the costs of the defense or limit the scope of examination.

In the interests of justice, the government is ordered to produce two copies of the hard drive, any floppy disks, any CDs, and any other relevant material in its possession. Possession of these copies shall be limited to Defendant's attorney and expert. The copies shall only be used for the instant case. No additional copies shall be made, and the copies provided by the government shall not be distributed in any way. At the termination of this case, both copies shall be returned to the government. The government can verify the copies and dispose of them as needed.

Additionally, for the pendency of this case, a protective order will allow Defendant's attorney and expert to possess the contraband discs. Additionally, for the pendency of this case, Defendant's expert may access websites visited by Defendant containing contraband child pornography for the purpose of investigating the charges against Defendant. All contraband material must be removed from all computers following the termination of this case.

IT IS SO ORDERED.